UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 18, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERTO LEYVA

Defendant.

Case No. 2:24-mj-00143-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROBERTO LEYVA</u> Case No. <u>2:24-mj-00143-AC</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $   50,000 co-signed by Maria Gutierrez and Roberto Leyva, Jr.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surey Bail Bond

\_\_\_\_\_ (Other): \_

Issued at Sacramento, California on November 18, 2024 at 4:20 PM

By: /s/ Chi Soo Kim

Magistrate Judge Chi Soo Kim