# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** | ) |
| **vs.** | ) |
|  | ) **Case No. 2:24-CR-320-JAM-1** |
| Roberto Leyva | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Roberto Leyva _____ , have discussed with _____ Kelsey Howard _____ , Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release: 12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification: Mr. Leyva has had no substance abuse issues or mental health concerns since his placement on Pretrial Services supervision. Mr. Leyva's counselor states he is stable and believes it is appropriate to terminate his counseling services at this time.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| RL | 2-20-26 | _signature_ | 2-23-2026 |
|---|---|---|---|
| Signature of Defendant | Date | Signature of Pretrial Services Officer | Date |

Based on the information provided by the Pretrial Services Officer, the United States does not object to the proposed modification.

| Charles Campbell | 2/24/2026 |
|---|---|
| Signature of Assistant U.S. Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _signature_ | 2/27/26 |
|---|---|
| Signature of Defense Counsel | Date |

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

| _signature_ | 2-20-26 |
|---|---|
| Signature of Surety (Father and Mother) | Date |

## ORDER OF THE COURT

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
**Roberto Leyva**
**Page 2**

[X] The above modification of conditions of release is ordered, to be effective on ___March 2, 2026___

[ ] The above modification of conditions of release is *not* ordered.


Chi Soo Kim
Dated: March 2, 2026                                    UNITED STATES MAGISTRATE JUDGE